**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000052
08-JAN-2014
09:19 AM**

NO. CAAP-13-0000052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES K. TRUEMAN, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDINGS PRISONER NO. 12-1-0033
(CRIMINAL NO. 02-1-1286))

SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Leonard and Reifurth, JJ.)

Petitioner-Appellant James K. Trueman appeals from the
December 26, 2012 "Order Denying Without Hearing Petition To
Vacate, Set Aside Or Correct Judgment Or To Release Petition From
Custody" of the Circuit Court of the First Circuit, the Honorable
Richard K. Perkins presiding.

Upon careful review of the record and the briefs
submitted by the parties and having given due consideration to
the arguments advanced and the issues raised by the parties, as
well as the relevant statutory and case law, we conclude
Trueman's appeal is without merit.

Therefore,

IT IS HEREBY ORDERED that the December 26, 2012 "Order Denying Without Hearing Petition To Vacate, Set Aside Or Correct Judgment Or To Release Petition From Custody" entered in the Circuit Court of the First Circuit is affirmed.

DATED: Honolulu, Hawai'i, January 8, 2014.

On the briefs:

James K. Trueman
Petitioner-Appellant pro se.

Richard W. Stacey
Diane K. Taira
Deputy Attorneys General
for Respondent-Appellee.

Presiding Judge

Associate Judge

Associate Judge

2